UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| GENARO DIAZ, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PANHANDLE MAINTENANCE, LLC,<br><br>*Defendant*. | § § § § § § § § § § § § § | No. 2:18-cv-00097-D-BR<br>Jury |

## ORDER GRANTING
## JOINT MOTION FOR APPROVAL OF SETTLEMENT & STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Parties' Joint Motion for Approval of Settlement & Stipulation of Dismissal with Prejudice. The Court finds the Joint Motion is well taken and should be and hereby is granted in all respects. The Court approves the settlement which disposes of all Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. The Court further orders that all claims of Plaintiffs are dismissed with prejudice and that each party will bear their own costs and attorneys' fees in conformance with the settlement and the foregoing Stipulation of Dismissal with Prejudice.

_____          _____
Date                                                                          Lee Ann Reno
                                                                                  United States Magistrate Judge