IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GENARO DIAZ, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:18-CV-097-Z |
| PANHANDLE MAINTENANCE, LLC, | § § § | |
| Defendant. | § § | |

# ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement & Stipulation of Dismissal with Prejudice (ECF No. 36), filed December 9, 2019. Generally, Fair Labor Standards Act ("FLSA") claims can be compromised only after a court reviews and approves the settlement. *Martin v. Spring Break '83 Prods., LLC*, 688 F.3d 247, 254–56 (5th Cir. 2012). District courts in this circuit approve FLSA class settlements only after determining whether the proposed settlement (1) resolves a bona dispute, and (2) is fair and reasonable. *See, e.g., Lee v. Metrocare Servs.*, No. 3:13-cv-2349-O, 2015 WL 13729679 (N.D. Tex. July 1, 2015) (O'Connor, J.); *Cunningham v. Kitchen Collection, LLC*, 4:17-CV-770, 2019 WL 2865080 (E.D. Tex. July 3, 2019) (Mazzant, J.). Therefore, the parties are INSTRUCTED to submit to the Court, under seal if necessary, the settlement agreement terms of any (1) award, (2) attorney's fees, (3) service awards, and (4) other terms binding the parties, on or before January 14, 2020.

**SO ORDERED.**

December 30, 2019

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE